**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BRIAN J. WEBB                                                                                                           PLAINTIFF
ADC #141031

V.                                            NO: 5:11CV00183 JLH/HDY

ARTIE J. MORRIS *et al.*                                                                                          DEFENDANTS

## ORDER

Plaintiff filed this complaint on July 14, 2011, and service was ordered. On August 18, 2011, the summons was returned unexecuted as to Defendant Peter Edwards (docket entry #26). Service had been attempted in the care of counsel for the prison's medical provider, but was returned unexecuted because Edwards was not a current employee or contractor for the provider. However, counsel provided Edwards's first name and last known address under seal. Accordingly, service will be attempted at Edwards's last known address.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to change the style of the case to reflect the correct name of Defendant Peter Edwards.

2. Edwards's last known addresses shall not be made part of any public record.

3. The Clerk of the Court shall prepare a summons for Edwards, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), amended complaint (docket entry #5), and this order, on Edwards, at the address provided under seal, without prepayment of fees and costs or security therefor.

4. Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the

address prior to forwarding a copy to Plaintiff.

DATED this ___19___ day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE