### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

BRIAN J. WEBB                                                                                                        PLAINTIFF

v.                                              NO. 5:11CV00183 JLH

ARTIE J. MORRIS, *et al.*                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 30th day of March, 2012.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE