## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BRIAN J. WEBB                                                                                               PLAINTIFF

v.                                           NO. 5:11CV00183 JLH

ARTIE J. MORRIS, *et al.*                                                                         DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 30th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE